IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| TROY COULSTON<br><br>v.<br><br>CITY OF PHILADELPHIA, et al. | CIVIL ACTION<br><br>NO.  23-4077 |
|---|---|

**ORDER RE: MOTIONS FOR RECONSIDERATION**

**AND NOW**, this 24th day of September 2025, upon consideration of Plaintiff's Motion for Reconsideration (ECF 191), and Defendant City's Motion for Reconsideration (ECF 192), for the reasons stated in the foregoing memorandum, it is hereby **ORDERED** that Plaintiff's Motion for Reconsideration (ECF 191) is **DENIED**, and Defendant City's Motion for Reconsideration (ECF 192) is **DENIED**.

BY THE COURT:

/s/ Michael M. Bbaylson

MICHAEL M. BAYLSON
United States District Court Judge

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 23\23-4077 Coulston v City\23-4077 Order on Motions for Reconsideration.docx